**Louis J. Esbin, Esq. (Cal.Bar No. 119705)**
**LAW OFFICES OF LOUIS J. ESBIN**
**27201 Tourney Road, Suite 122**
**Valencia, California  91355**
**Tel: 661-254-5050 | Fax: 661-254-5252**
**Email: Esbinlaw@sbcglobal.net**

Proposed Attorneys for Debtor in Possession,
SKYMOUNTAIN COASTAL PROPERTIES, INC. and a Florida corporation

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re ) <br> ) <br> SKYMOUNTAIN COASTAL PROPERTIES, INC.) <br> and a Florida corporation, ) <br> ) <br> Debtor in Possession. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 Case <br><br> Bankr. No. 2:10-bk-31543-TD <br><br> NOTICE OF MOTION AND MOTION FOR ORDER  SETTING LAST DATE FOR FILING PROOFS OF CLAIMS OR INTERESTS <br><br> Date:  July 14, 2010 <br> Time:   10:00 am <br> Place: Courtroom 1345 <br> 255 E. Temple St., Los Angeles, CA |

TO THE HONORABLE THOMAS DONOVAN, UNITED STATES BANKRUPTCY JUDGE, PARTIES IN INTEREST, AND COUNSEL OF RECORD:

**NOTICE IS GIVEN** that Debtor in Possession, SKYMOUNTAIN COASTAL PROPERTIES, INC. a Florida corporation (the "Debtor"), by and through counsel of record, Louis J. Esbin, Esq.,  which Debtor filed for relief under Chapter 11 Title 11 United States Code on May 27, 2010, which Debtor is operating as a Debtor and Debtor in Possession, and upon which there is set at 10:00 am on July 14, 2010, the hearing on Status of the Case as ordered by the Court, pursuant to Federal Rules of Bankruptcy Procedure 3003, Debtor respectfully moves this Honorable Court to set the last date by which Proofs of Claims or Interests must be filed and enter an order providing that following notice be given:

///

///

1

**NOTICE IS GIVEN** that as to each and every claimant and interest holder scheduled by Debtor in Debtor's Schedules filed at the commencement of Debtor's case, and to each and every person or entity, including without limitation governmental entities, who believes they may have a claim or interest in Debtor's reorganization: ***the last date to file a Proof of Claim or Interest is August 10, 2010***;

**NOTICE IS FURTHER GIVEN** that any creditor or interest holder seeking to participate in Debtor's reorganization must file with the Clerk of the United States Bankruptcy Court, and serve on counsel for Debtor, Louis J. Esbin, Esq., of the Law Offices of Louis J. Esbin, located at 27201 Tourney Road, Suite 122, Valencia, California 91355, a Proof of Claim or Interest, on Official Form 10, supported by all documentation relating thereto;

**NOTICE IS FURTHER GIVEN** that failure to file and serve a Proof of Claim or Interest as set forth herein, notwithstanding how Debtor may have included a claimant or interest holder in Debtor's Schedules filed at the commencement of the case, may be deemed a waiver of such claim or interest, forever barring such claimant or interest holder from participating in Debtor's reorganization;

**NOTICE IS FURTHER GIVEN** that any claimant or interest holder who is not included in Debtor's Schedules filed at the commencement of this case, but who believes they may have a claim or interest in Debtor's reorganization, shall file and serve a Proof of Claim or Interest as set forth herein, or otherwise be barred from participating in Debtor's reorganization;

**NOTICE IS FURTHER GIVEN** that Debtor reserves the right, should any person or entity not file and serve a Proof of Claim or Interest by the last date set forth herein, to file a Proof of Claim or Interest on behalf of such person or entity if Debtor believes it is in the best interest of the estate.

WHEREFORE, Debtor respectfully requests that the Court grant the within MOTION FOR ORDER SETTING LAST DATE FOR FILING PROOFS OF CLAIMS OR INTERESTS.

Date: June 10, 2010               LAW OFFICES OF LOUIS J. ESBIN

/s/ Louis J. Esbin

BY _____
LOUIS J. ESBIN, ESQ.
Attorneys for DEBTOR, SKYMOUNTAIN
COASTAL PROPERTIES, INC.

| In re SKYMOUNTAIN COASTAL PROPERTIES, INC., a Florida corporation, | Chapter 11 |
|---|---|
| Debtor(s) | Bankruptcy Case No. 2:10-bk-31543-TD |

**NOTE**: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Law Offices of Louis J. Esbin
27201 Tourney Road, Suite 122, Valencia, California 91355

A true and correct copy of the foregoing document described **NOTICE OF MOTION AND MOTION FOR ORDER SETTING LAST DATE FOR FILING PROOFS OF CLAIMS OR INTERESTS**. will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 10, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Louis J. Esbin (esbinlaw@sbcglobal.net)     Dare Law (dare.law@usdoj.gov)

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On June 10, 2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Thomas Donovan
Crtrm 1352, 255 E Temple St., Los Angeles, CA 90012

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 10, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 10, 2010 | Linda Dekker | /s/ Linda Dekker |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                           **F 9013-3.1**