| | |
|---|---|
| 1 | Louis J. Esbin, Esq. (Cal. Bar No. 119705) |
| 2 | LAW OFFICES OF LOUIS J. ESBIN |
|   | 27201 Tourney Road, Suite 122 |
| 3 | Valencia, California 91355-1857 |
|   | Tel: 661.254-5050 | Fax: 661.254-5252 |
| 4 | E-MAIL: esbinlaw@sbcglobal.net |

**FILED & ENTERED**

**JUL 16 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

Attorneys for Debtor in Possession, SKYMOUNTAIN COASTAL PROPERTIES, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re | CHAPTER 11 CASE |
| **SKYMOUNTAIN COASTAL PROPERTIES, INC**, | CASE NO.  2:10-bk-31543-TD |
| Debtor. | ORDER GRANTING MOTION FOR ORDER SETTING LAST DATE FOR FILING PROOFS OF CLAIMS OR INTERESTS AND NOTICE OF CLAIMS DEADLINE |
| | DATE:    July 14, 2010<br>TIME:    10:00 AM<br>PLACE:  Courtroom 1345<br>255 E. Temple St., Los Angeles, CA |

There came on for consideration by the Court the DEBTOR'S NOTICE OF MOTION AND MOTION FOR ORDER SETTING LAST DATE FOR FILING PROOFS OF CLAIMS OR INTERESTS, upon which service was given to parties in interest, with appearances noted on the record, the Court having read and considered the MOTION filed by Debtor, there being no opposition filed or served, and good cause being shown, it is:

1  ORDERED AND DECREED that the MOTION is granted with the attached

2  NOTICE OF CLAIMS DEADLINE given to all creditors, parties in interest, interest

3  holders, counsel of record and those requesting special notice.

4  # # # #

DATED: July 16, 2010

_____
United States Bankruptcy Judge

## NOTICE OF CLAIMS DEADLINE

The Bankruptcy Court has set a deadline of **September 13, 2010**, for creditors or interest holders in the above referenced debtor to file proofs of claim or interest against the Debtor's estate.

The exceptions to this deadline for filing proofs of claim or interest are: (1) claims arising from the rejection of executory contracts or unexpired leases, (2) claims of governmental units, and (3) claims arising as the result of avoidance of a transfer pursuant to chapter 5 of 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is (a) 30 days after the date of the entry of an order authorizing the rejection, or (b) **September 13, 2010**, whichever is later.

For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed if filed (a) before 180 days after the date of the Order for Relief in this case or (b) by September 13, 2010, whichever is later.  11 U.S.C. § 502(b)(9).

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is (a) 30 days after the entry of a judgment avoiding the transfer, or (b) **September 13, 2010**, whichever is later.

If you are listed on the Debtor's Schedule of Assets and Liabilities and your claim or interest is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the Debtor's Schedules of Assets and Liabilities, and the filing of a proof of claim or interest is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, preferred stock, common stock, etc.) is correct.  11 U.S.C. § 1111(a).

If your claim or interest is not listed on the Debtor's Schedules of Assets and Liabilities, or is scheduled as disputed, contingent, unliquidated or unknown, or you disagree with the amount or description scheduled for your claim or interest, you must timely file a proof of claim or interest with the Clerk of the United States Bankruptcy Court.

Proofs of claim or interest must be timely filed by **September 13, 2010**, with:

The Clerk of the United States Bankruptcy Court

255 East Temple Street, Room 940

Los Angeles, CA 90012

**Failure of a creditor or interest holder to timely file a proof of claim or interest on or before the applicable deadline set forth herein may result in disallowance of the claim or interest or subordination under the terms of a plan without further notice or hearing.  11 U.S.C. § 502(b)(9).  Creditors and interest holders may wish to consult an attorney to protect their rights**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Law Offices of Louis J. Esbin
27201 Tourney Road, Suite 122
Valencia, California  91355

A true and correct copy of the foregoing document described ORDER GRANTING MOTION FOR ORDER SETTING LAST DATE FOR FILING PROOFS OF CLAIMS OR INTERESTS AND NOTICE OF CLAIMS DEADLINE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 16, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Louis J. Esbin (esbinlaw@sbcglobal.net)          Dare Law (dare.law@usdoj.gov)
Gregory Salvato (gsalvato@salvatolawoffices.com)

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On July 16, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Thomas Donovan                    SkyMountain Coastal Properties, Inc.
Courtroom 1352                         27201 Tourney Road, Suite 122
255 E Temple St., Los Angeles, CA 90012   Valencia, CA 91355

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 16, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/16/2010 | Linda Dekker | /s/ Linda Dekker |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION FOR ORDER SETTING LAST DATE FOR FILING PROOFS OF CLAIMS OR INTERESTS AND NOTICE OF CLAIMS DEADLINE was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 16, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Louis J. Esbin (esbinlaw@sbcglobal.net)          Dare Law (dare.law@usdoj.gov)
Gregory Salvato (gsalvato@salvatolawoffices.com)

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Hon. Thomas Donovan                           SkyMountain Coastal Properties, Inc.
Courtroom 1352                                27201 Tourney Road, Suite 122
255 E Temple St., Los Angeles, CA 90012       Valencia, CA 91355

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

**PROOF OF SERVICE LIST**
In re SkyMountain Coastal Properties, Inc.
Bankruptcy Case No. 2:10-bk-31543-TD

| ELECTRONICALLY SERVED | SERVED BY MAIL |
|---|---|
| United States Trustee<br>Dare Law, Esq.<br>Offices Of The United States Trustee<br>725 S. Figueroa Street, Suite 2600<br>Los Angeles, CA 90012 | Debtor<br>SkyMountain Coastal Properties, Inc.<br>Law Offices of Louis J. Esbin<br>27201 Tourney Road, Suite 122<br>Valencia, California 91355-1804 |
| Counsel for Debtor<br>Louis J. Esbin, Esq.<br>Law Offices of Louis J. Esbin<br>27201 Tourney Road, Suite 122<br>Valencia, California 91355-1857 | Secured Creditors<br>Brevard County Tax Collector<br>400 South St., 6th Floor<br>Titusville, FL 32780 |
| Counsel for Virginia McGuire<br>Gregory Salvato, Esq.<br>Salvato Law Offices<br>333 S. Grand, Suite 2500<br>Los Angeles, CA 90071 | Virginia L. McGuire<br>C/O Volk Law Offices, P.A.<br>700 S. Babcock Street, Suite 402<br>Melbourne, FL 32901 |
| | General Unsecured Creditors<br>Blank Rome<br>301 Carnegie Ctr., Ste 303<br>Princeton, NJ 08540-6589 |
| | Steven H. Naturman<br>2 Datran Ctr.<br>9130 S Dadeland Blvd, Ste. 1509<br>Miami, FL 33156-7850 |
| | Equity Interest Holders<br>Rose Singer<br>c/o Law Offices Of Louis J. Esbin<br>27201 Tourney Road, Suite 122<br>Valencia, CA 91355 |
| | Susan Esbin<br>c/o Law Offices Of Louis J. Esbin<br>27201 Tourney Road, Suite 122<br>Valencia, CA 91355 |
| | Property Manager (Courtesy Notice)<br>Marie Addington<br>5681 Hudson Rd.<br>Cocoa, FL 32927 |