**Louis J. Esbin, Esq. (Cal.Bar No. 119705)**
**LAW OFFICES OF LOUIS J. ESBIN**
**27201 Tourney Road, Suite 122**
**Valencia, California 91355**
**Tel: 661-254-5050 | Fax: 661-254-5252**
**Email: Esbinlaw@sbcglobal.net**

Attorneys for Debtor in Possession,
SKYMOUNTAIN COASTAL PROPERTIES, INC., a Florida corporation

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Chapter 11 Case |
| | ) |
| SKYMOUNTAIN COASTAL PROPERTIES, INC., | ) Bankr. No. 2:10-bk-31543-TD |
| | ) |
| Debtors in Possession. | ) CHAPTER 11 DISCLOSURE STATEMENT. |
| | ) |
| | ) Date: September 15, 2010 |
| | ) Time: 10:00 am |
| | ) Place: Courtroom 1345 |
| | ) 255 E. Temple St., Los Angeles, CA |
| | ) |

TO THE HONORABLE THOMAS DONOVAN, UNITED STATES BANKRUPTCY JUDGE,

PARTIES IN INTEREST, AND COUNSEL OF RECORD:

NOTICE IS GIVEN that Debtor in Possession, SKYMOUNTAIN COASTAL PROPERTIES, INC.,

a Florida corporation (the "Debtor"), by and through counsel of record, Louis J. Esbin, Esq., of the Law

Offices of Louis J. Esbin, respectfully submits the attached Chapter 11 plan (the "Plan") proposed by the

above-named Debtor. Debtor attests that the information stated in this Disclosure Statement and the Plan

is accurate. All creditors should refer to Articles I-IV of the Plan for the precise treatment of their claims.

This Disclosure Statement is explanatory only; the language used in the Plan is binding. Your rights may

be affected. You should read these papers carefully and discuss them with your attorney, if you have one.

///

///

///

///

**I.**

**Introduction**

On May 27, 2010, Debtor filed a voluntary petition under Chapter 11, Title 11 United States Code commencing Case No. 2:10-bk-31543-TD(the "Case"), reasonably believing such was needed to stay the foreclosure of the Real Property and to enable Debtor to reorganize their financial affairs, including concerning the Real Property located at 311 Harrison Avenue, Avon By the Sea, Cape Canaveral, California 32920 (Lot 8 & E 35 ft of Lot 7 Blk 36); 388 Tyler Avenue, Avon by the Sea, Cape Canaveral, FL (W 40 ft of Lot 15 Blk 38); 390 Tyler Avenue, Avon by the Sea, Cape Canaveral, FL (Lot 16 & E 10 ft of Lot 15 Blk 38)).  Debtor, like much of Florida experienced a steep decline in revenue following the stock market crash of September 15, 2008, and the accompanying decline in employment in the Cape Canaveral-Kennedy Space Center-Cruise Ship region of the "Space Coast" of Florida.  Debtor complied with the United States trustee Guidelines by submitting a real property questionnaire and all other requirements in a timely manner.  During the course of the Case, to the extent due at the time this Plan and Disclosure Statement are filed, Debtor has filed with the court monthly operating reports setting forth income, expenses and disbursements.

**II.**

**STATEMENT OF FACTUAL BACKGROUND**

Debtor is a Florida corporation with its principal place of business (principal offices, shareholders, officers and directors) all located in California.  As set forth in the Real Property Questionnaire filed with the United States Trustee (and attached as Exhibit 1 to the Compliance Declaration filed in the Case as Docket No. 7), on September 17, 2004, Debtor acquired the real property parcels located at: 311 Harrison Avenue, Avon By the Sea, Cape Canaveral, California 32920; 388 Tyler Avenue, Avon By the Sea, Cape Canaveral, California 32920;  and 390 Tyler Avenue, Avon By the Sea, Cape Canaveral, California 32920, on which it operates the Seabreeze Efficiency Apartments (collectively, the "Seabreeze").  Debtor consists of 3 shareholder: Rose Singer, Susan Esbin, and Louis Esbin.  Rose Singer owns 67% of SkyMountain Coastal Properties, Inc.  SkyMountain was formed for the purpose of enabling Ms. Singer to acquire property through an IRC 1031 Exchange, arising from the sale of income property she and her husband had owned in Santa Monica, California.  The proceeds from the sale of the California property were used

as a downpayment.  The Seabreeze was acquired from John and Virginia McGuire, who as the sellers, carried back the balance due on the purchase price of $1,200,000.  Between October 2004 and August 2009 Debtor made each and every interest only payment due on the promissory note and mortgage securing the outstanding balance of $875,000.  As a result in the economic downturn that impacted the "Space Coast" of Florida, the Seabreeze experienced unprecedented vacancy rates of up to 40%-60% during the spring and summer of 2004.  With 20 units that are rented on weekly and monthly basis, the Seabreeze was experiencing 8 to 12 vacant units or underutilized (reduced rate) room occupancy.  The surrounding area has seen declines in property values of upwards of 50%-65% and foreclosure rates to match.  In addition, the Space Shuttle missions are nearing their end.  The cruise ship traffic in and out of Cape Canaveral, likewise, has seen drastic declines.  All of this amounts to reduced demand for the one unit efficiency apartments that are rented by the Debtor through the Seabreeze.

Since Debtor closed its purchase of the Seabreeze in 2004, as of July 31, 2009, it has paid the total sum of $621,041.86, including $296,041.86 in interest payments.  As early as November 2008, Debtor's Vice President, Susan Esbin, traveled to Cape Canaveral to meet with Virginia McGuire for the purpose of attempting to negotiate a restructuring of the loan that was to mature in October 2009.  Before there could be any discussions, Ms. McGuire (now a widow) abruptly left the meeting.  Following that meeting, during the several months before maturity of the loan, Louis Esbin, Secretary and General Counsel for the Debtor, sent several letters outlining and proposing terms for a restructuring.  Mr. Esbin's offers were believed to have been reasonable under the circumstances and were premised upon what would be proposed in a Chapter 11 Plan should Ms. McGuire not otherwise agree.  No agreement was reached and, as provided under Florida real property law, Ms. McGuire commenced judicial foreclosure to obtain possession of the Seabreeze once again.

Ms. Singer (90) holds her 67% interest in Debtor as part of her retirement investments, yet since SkyMountain purchased the Seabreeze from Mr. and Mrs. McGuire the Debtor has paid Ms. Singer infrequently, and probably less than $30,000, and certainly, nothing in the year preceding the filing.  It is therefore, essential that Debtor be allowed to reorganize its financial affairs, to restructure the loan to Ms. McGuire, and enable Ms. Singer to preserve what little upside there may be in the ownership by the Debtor of the Seabreeze.

Ms. McGuire, through her California counsel, filed a Motion for Relief from the Automatic Stay supported by the Declaration of Virginia McGuire attesting to the truth and accuracy of a November 20, 2003, Appraisal prepared by Tuttle-Armfield-Wagner on behalf of John and Virginia McGuire (Exhibit 5 to Motion for Relief from Stay, Docket No. 23).  As of November 20, 2003, Ms. McGuire was aware that the appraised value of the Seabreeze was $845,000, and yet beginning in or about May 2004, she began negotiating with Susan Esbin to sell the Seabreeze for $1,250,000; more than 50% more than the known Market Valuation.  Ms. McGuire employed the service of Marcus & Millichap which posted the Seabreeze for sale through www.loopnet.com, the website used by Susan Esbin to research properties being sold that could be purchased.  Matthew Kesterson of Marcus & Millichap acted as the dual agent for both John and Virginia McGuire, on the one hand, and SkyMountain Coastal Properties, Inc., on the other hand; although at no time did Marcus & Millichap, John or Virginia McGuire ever disclose to Susan Esbin, Louis Esbin, Rose Singer or SkyMountain that there was a November 20, 2003, Market Appraisal prepared for John and Virginia McGuire.  Had that Market Appraisal that is attached to the Motion for Relief from Stay been disclosed, SkyMountain would not have purchased the Seabreeze for $1,250,000.  As a result, SkyMountain has commenced an Adversary Proceeding for Rescission, Restitution, Actual Fraud and Negligent Misrepresentation.

## Part 1

## Proposed Treatment of Claims

**A.**    **Secured Creditors**: See, Article I, Classes  2 and 3 of the Plan.

**B.**    **General Unsecured Creditors**: will be paid 20% of their allowed claim in equal months installments over 36 months.  However, creditors whose allowed claims are $5,000 or less or who elect to reduce their allowed claim to 50% will receive a single payment equal to 100% of their allowed claim shortly after the Plan is confirmed.  See Article I, Class 4 of the Plan.

**C.**    **Administrative Priority Claimants and Involuntary Gap Priority Creditors**:  will be paid in full shortly after the Plan is confirmed.  See, Article I, Class 1(a) and Article II, B. of the Plan.  (Involuntary Gap Priority Creditors exist only in cases commenced involuntarily and have claims that arose after the involuntary petition was filed but prior to the Court's appointing a trustee or granting the petition.)

**D.      Tax Priority Claimants**: will be paid in full over five years with interest.  See, Article II, C. of the Plan.

**E.      Other Priority Claimants**: will be paid in full over N/A months with interest.  Alternatively, if any of the priority classes vote to reject the Plan, that class will be paid in full shortly after confirmation of the Plan.  See, Article I, Class 1 of the Plan.

**F.      Executory Contracts and Leases**: See, Article IV of the Plan.

Upon completion of the payments under the Plan, Debtor will file a final report to have entered a final decree on its pre-confirmation debts.  The payments promised in the Plan constitute new contractual obligations that replace the discharged pre-confirmation debts.  Creditors may not sue so long as Debtor is not in material default under the Plan.  If Debtor materially defaults in performing the Plan, affected creditors may sue Debtor to enforce the terms of the Plan or move to dismiss this case or to convert it to a Chapter 7 bankruptcy case.  See, Article VI of the Plan.

**Part 2**

**Voting**

**A.      Who may vote**: Creditors are entitled to vote on confirmation of the Plan unless (i) their class is unimpaired (presumed to accept) or is to receive no distribution (presumed to reject); (ii) an objection has been filed to that creditor's claim, (iii) that creditor's claim is scheduled by Debtor as contingent, disputed, unliquidated or unknown and the creditor has not filed a proof of claim; or (iv) the claim is unclassified (and thus required by law to be paid in full).  A creditor whose claim has either been objected to or been scheduled by Debtor as contingent, disputed, unliquidated or unknown and the creditor has not filed a proof of claim, and who wishes to vote, must move to have its claim allowed for voting purposes by filing a motion for such relief in time for that motion to be heard at or before the hearing on confirmation of the Plan (the "Confirmation Hearing").

**B.      How to vote**: Fill out and return the attached ballot so that it is received by Debtor's counsel no later than 14 days before the Confirmation Hearing.

**C.      Effect of vote**: The Plan will be confirmed only if (i) it is accepted by each impaired class, or (ii) it is accepted by at least one impaired class (exclusive of insiders) and the Court determines that it

is "fair and equitable" (as defined by 11 U.S.C. §1129(b)) to all dissenting classes of creditors. A class of creditors accepts the Plan if it is accepted by a majority in number and two-thirds in dollar amount of creditors who cast ballots.

## Part 3

### Source of Payments under the Plan

The Debtor intends to make the payments required under the Plan from the following categories as indicated (box marked):

☒    **A. Available Cash**. Debtor projects $20,000 cash will be available on the date of the Confirmation Hearing.

☒    **B. Future disposable income**. Debtor calculates Debtor's projected monthly disposable income for the 36 period following confirmation will be $3,333.34. This is based on 2009 monthly income of $10,666.67 and expenses of $7,333.33, that is attached and incorporated by reference as Exhibit A.

This projection is consistent with (i) Debtor's average monthly income for the six months prior to this case of $10,666.67, and Debtor's average monthly expenses for the six months prior to this case of $7,333.33, as set forth in the Unaudited Financial Statement filed with this court and made a part of the Case Management Conference Report filed for the hearing on July 14, 2010, and (ii) average monthly income of $10,666.67 and expenses of $7,333.33 (excluding professional expenses and fees incurred in this bankruptcy case) during the 2 months since the petition date (based on monthly operating statements filed with the Court), except such differences explained as follows:

none.

Upon request, Debtor will provide copies of the Statement of Current Monthly Income and/or monthly operating statements that were filed with the Court in or about the time submitted to the Office of the United States Trustee and that are found in the Case Docket.

❑    C. Other sources of funding, as follows:

Continued operation of Seabreeze Efficiency Apartments..

## Part 4

**Liquidation Analysis**

Debtor's Schedules A and B are attached and incorporated by this reference as "Exhibit B."  On each schedule, Debtor has added the liquidation value of each asset on these schedules (to the extent different from the value stated on the schedules when the petition was filed).   Under this liquidation analysis:

| Item Description | Deductions | Amount | Result |
|---|---|---|---|
| Total Liquidation Value of Debtors' Assets: | | $456,545.00 | |
| Less secured claims (Article I, Classes 2&3 of Plan) | $942,826.31 | | |
| Less estimated Chapter 7 trustee fees expenses | $60,000.00 | | |
| Less Administrative Claims and Priority Tax Claims (see Article II of Plan) | $0.00 | | |
| Less Other Priority Claims (see Article I, Class 1 of Plan) | $0.00 | | |
| Liquidation value available to general unsecured creditors | | ($546,281.31) | |
| Estimated amount to be paid of general unsecured claims (see Article I, Class 4 of Plan; Exhibit C) | | $8,000.00 | |
| Estimated % of claims general unsecured creditors would receive in a liquidation of Debtor | | | 0.00% |

///

///

///

///

///

///

///

///

///

WHEREFORE, Debtor does respectfully request that the Court duly consider and approve of the

1  WHEREFORE, Debtor does respectfully request that the Court duly consider and approve of the

2  CHAPTER 11 DISCLOSURE STATEMENT.

3  Dated:  July 29, 2010                           SKYMOUNTAIN COASTAL PROPERTIES, INC.

4

5                                                  _____
                                                   SKYMOUNTAIN COASTAL PROPERTIES, INC.,
6                                                  Debtors in Possession

7  Dated:  July 29, 2010                           LAW OFFICES OF LOUIS J. ESBIN

8                                                  /s/ Louis J. Esbin

9                                                  BY _____
                                                   LOUIS J. ESBIN, ESQ.
10                                                 Attorneys for DEBTOR

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT "A"**

## SEABREEZE INCOME & EXPENSE  NOVEMBER 2009 - APRIL 2010

| | NOV | DEC | JAN | FEB | MARCH | APRIL | MAY | JUNE | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| INCOME | $ 9,195.84 | $ 12,283.57 | $ 11,527.89 | $ 8,774.81 | $ 12,511.93 | $ 10,365.53 | $ - | $ - | $ 64,659.57 |
| EXPENSE | $ 8,547.58 | $ 6,348.37 | $ 6,438.66 | $ 7,644.56 | $ 8,938.54 | $ 6,803.30 | $ - | $ - | $ 44,721.01 |
| PROFIT/LOSS | $ 648.26 | $ 5,935.20 | $ 5,089.23 | $ 1,130.25 | $ 3,573.39 | $ 3,562.23 | $ - | $ - | $ 19,938.56 |

| | INCOME | EXPENSE | PROFIT/LOSS |
|---|---|---|---|
| NOV,DEC 2009 | $ 21,479.41 | $ 14,895.95 | $ 6,583.46 |
| QUARTER 1 | $ 32,814.63 | $ 23,021.76 | $ 9,792.87 |
| QUARTER 2 | $ 10,365.53 | $ 6,803.30 | $ 3,562.23 |
| QUARTER 3 | $ - | $ - | $ - |
| TOTALS | $ 64,659.57 | $ 44,721.01 | $ 19,938.56 |

## SEABREEZE COMPLEX  MONTHLY EXPENSES  APRIL  2010

| DESCRIPTION | HARRISON | TYLER | TYLER HSE | TOTALS |
|---|---|---|---|---|
| WATER/SEWER/TRASH | $ 438.25 | $ 423.48 | $ - | $ 861.73 |
| CABLE | $ 424.56 | $ 424.55 | $ - | $ 849.11 |
| TELEPHONE | $ 59.01 | $ 59.01 | $ - | $ 118.02 |
| ELECTRIC | $ 380.09 | $ 457.55 | $ 96.42 | $ 934.06 |
| PEST CONTROL | $ 23.00 | $ 23.00 | $ 5.00 | $ 51.00 |
| ADVERTISING | $ 89.10 | $ 89.10 | $ - | $ 178.20 |
| OFFICE SUPPLIES | $ 91.00 | $ 90.99 | $ - | $ 181.99 |
| CLEANING | $ - | $ - | $ - | $ - |
| MAINT. & REPAIRS | $ 513.73 | $ 513.72 | $ - | $ 1,027.45 |
| MISC.  SUPPLIES | $ - | $ - | $ - | $ - |
| LAWN SERVICES | $ 118.72 | $ 118.72 | $ 55.78 | $ 293.22 |
| FURN. & APPLIANCE(S) | $ 201.39 | $ - | $ - | $ 201.39 |
| IMPROVEMENTS | $ - | $ - | $ - | $ - |
| CHECKING ACCOUNT FEES | $ 7.64 | $ 7.64 | $ - | $ 15.28 |
| MERCHANT ACCOUNT FEES | $ 71.72 | $ 71.72 | $ - | $ 143.44 |
| MORTGAGE | $ - | $ - | $ - | $ - |
| MANAGEMENT | $ 625.00 | $ 625.00 | $ - | $ 1,250.00 |
| INSURANCE | $ 81.01 | $ 81.00 | $ - | $ 162.01 |
| REAL ESTATE TAXES | $ - | $ - | $ - | $ - |
| PER. PROPERTY TAXES | $ - | $ - | $ - | $ - |
| INCOME TAX | $ - | $ - | $ - | $ - |
| LICENSES | $ 25.00 | $ 25.00 | $ - | $ 50.00 |
| LEGAL | $ - | $ - | $ - | $ - |
| HURRICANE | $ - | $ - | $ - | $ - |
| AUTO | $ 142.42 | $ 142.42 | $ - | $ 284.84 |
| TRAVEL | $ - | $ - | $ - | $ - |
| LAUNDRY | $ - | $ 201.56 | $ - | $ 201.56 |
| **TOTALS** | $ 3,291.64 | $ 3,354.46 | $ 157.20 | $ 6,803.30 |
| | | | | $ 6,803.30 |

## SEABREEZE COMPLEX MONTHLY INCOME APRIL 2010

| | HARRISON | | TYLER | | LAUNDRY | | TOTALS |
|---|---|---|---|---|---|---|---|
| **WK #1** | $ 2,238.81 | **WK #1** | $ 960.00 | **WK #1** | $ - | $ | 3,198.81 |
| **WK #2** | $ 1,248.44 | **WK #2** | $ 1,156.76 | **WK #2** | $ - | $ | 2,405.20 |
| **WK #3** | $ 1,144.38 | **WK #3** | $ 1,850.00 | **WK #3** | $ 170.00 | $ | 3,164.38 |
| **WK #4** | $ 827.14 | **WK #4** | $ 770.00 | **WK #4** | $ - | $ | 1,597.14 |
| **WK #5** | $ - | **WK #5** | $ - | **WK #5** | $ - | $ | - |
| **TOTALS** | $ 5,458.77 | **TOTALS** | $ 4,736.76 | **TOTALS** | $ 170.00 | **TOTALS** $ | 10,365.53 |

**SEABREEZE COMPLEX SUMMARY OF PROPERTY APRIL 2010**

|                     | INCOME      | EXPENSES   | PROFIT/LOSS  |
|---------------------|-------------|------------|--------------|
| **311 HARRISON AVE.** | $ 5,458.77  | $ 3,291.64 | $ 2,167.13   |
| **390 TYLER AVE.**    | $ 4,736.76  | $ 3,354.46 | $ 1,382.30   |
| **388 TYLER AVE.**    | $ -         | $ 157.20   | $ (157.20)   |
| **LAUNDRY (COIN)**    | $ 170.00    | $ -        | $ 170.00     |
|                     | $ 10,365.53 | $ 6,803.30 | $ 3,562.23   |

## SEABREEZE COMPLEX   MONTHLY EXPENSES  MARCH  2010

| DESCRIPTION | HARRISON | TYLER | TYLER HSE | TOTALS |
|---|---|---|---|---|
| WATER/SEWER/TRASH | $    433.63 | $    429.45 | $       - | $    863.08 |
| CABLE | $    424.56 | $    424.55 | $       - | $    849.11 |
| TELEPHONE | $     56.28 | $     56.28 | $       - | $    112.56 |
| ELECTRIC | $ 1,213.86 | $ 1,324.03 | $    98.08 | $ 2,635.97 |
| PEST CONTROL | $     23.00 | $     23.00 | $     5.00 | $     51.00 |
| ADVERTISING | $     89.10 | $     89.10 | $       - | $    178.20 |
| OFFICE SUPPLIES | $     25.12 | $     25.11 | $       - | $     50.23 |
| CLEANING | $       - | $       - | $       - | $       - |
| MAINT. & REPAIRS | $    930.17 | $    930.17 | $       - | $ 1,860.34 |
| MISC.  SUPPLIES | $       - | $       - | $       - | $       - |
| LAWN SERVICES | $    118.72 | $    118.72 | $    55.78 | $    293.22 |
| FURN. & APPLIANCE(S) | $       - | $       - | $       - | $       - |
| IMPROVEMENTS | $       - | $       - | $       - | $       - |
| CHECKING ACCOUNT FEES | $       - | $       - | $       - | $       - |
| MERCHANT ACCOUNT FEES | $     72.76 | $     72.75 | $       - | $    145.51 |
| MORTGAGE | $       - | $       - | $       - | $       - |
| MANAGEMENT | $    625.00 | $    625.00 | $       - | $ 1,250.00 |
| INSURANCE | $     81.01 | $     81.00 | $       - | $    162.01 |
| REAL ESTATE TAXES | $       - | $       - | $       - | $       - |
| PER. PROPERTY TAXES | $       - | $       - | $       - | $       - |
| INCOME TAX | $       - | $       - | $       - | $       - |
| LICENSES | $     77.50 | $     77.50 | $       - | $    155.00 |
| LEGAL | $       - | $       - | $       - | $       - |
| HURRICANE | $       - | $       - | $       - | $       - |
| AUTO | $     52.28 | $     52.27 | $       - | $    104.55 |
| TRAVEL | $       - | $       - | $       - | $       - |
| LAUNDRY | $    113.88 | $    113.88 | $       - | $    227.76 |
| **TOTALS** | $ 4,336.87 | $ 4,442.81 | $   158.86 | $ 8,938.54 |
| | | | | $ 8,938.54 |

## SEABREEZE COMPLEX MONTHLY INCOME MARCH 2010

| | HARRISON | | TYLER | | LAUNDRY | | TOTALS |
|---|---|---|---|---|---|---|---|
| WK #1 | $ 1,890.99 | WK #1 | $ 1,845.00 | WK #1 | $ - | $ | 3,735.99 |
| WK #2 | $ 645.83 | WK #2 | $ 1,940.00 | WK #2 | $ - | $ | 2,585.83 |
| WK #3 | $ 1,175.00 | WK #3 | $ 755.00 | WK #3 | $ - | $ | 1,930.00 |
| WK #4 | $ 1,175.11 | WK #4 | $ 1,130.00 | WK #4 | $ - | $ | 2,305.11 |
| WK #5 | $ 655.00 | WK #5 | $ 1,200.00 | WK #5 | $ 100.00 | $ | 1,955.00 |
| TOTALS | $ 5,541.93 | TOTALS | $ 6,870.00 | TOTALS | $ 100.00 | TOTALS $ | 12,511.93 |

## SEABREEZE COMPLEX SUMMARY OF PROPERTY MARCH 2010

|  | INCOME | EXPENSES | PROFIT/LOSS |
|---|---|---|---|
| **311 HARRISON AVE.** | $ 5,541.93 | $ 4,336.87 | $ 1,205.06 |
| **390 TYLER AVE.** | $ 6,870.00 | $ 4,442.81 | $ 2,427.19 |
| **388 TYLER AVE.** | $ - | $ 158.86 | $ (158.86) |
| **LAUNDRY (COIN)** | $ 100.00 | $ - | $ 100.00 |
|  | $ 12,511.93 | $ 8,938.54 | $ 3,573.39 |

**SEABREEZE COMPLEX SUMMARY OF PROPERTY**

|  | INCOME | EXPENSES | PROFIT/LOSS |
|---|---|---|---|
| **311 HARRISON AVE.** | $            - | $            - | $            - |
| **390 TYLER AVE.** | $            - | $            - | $            - |
| **388 TYLER AVE.** | $            - | $            - | $            - |
| **LAUNDRY (COIN)** | $            - | $            - | $            - |
|  | $            - | $            - | $            - |

SEABREEZE COMPLEX  MONTHLY EXPENSES  FEBRUARY  2010

| DESCRIPTION | HARRISON | TYLER | TYLER HSE | TOTALS |
|---|---|---|---|---|
| WATER/SEWER/TRASH | $    429.01 | $    437.00 | $    - | $    866.01 |
| CABLE | $    424.56 | $    424.55 | $    - | $    849.11 |
| TELEPHONE | $    47.40 | $    47.40 | $    - | $    94.80 |
| ELECTRIC | $    284.72 | $    348.71 | $    89.88 | $    723.31 |
| PEST CONTROL | $    23.00 | $    23.00 | $    5.00 | $    51.00 |
| ADVERTISING | $    89.10 | $    89.10 | $    - | $    178.20 |
| OFFICE SUPPLIES | $    80.79 | $    80.79 | $    - | $    161.58 |
| CLEANING | $    - | $    - | $    - | $    - |
| MAINT. & REPAIRS | $    363.19 | $    363.19 | $    - | $    726.38 |
| MISC.  SUPPLIES | $    - | $    - | $    - | $    - |
| LAWN SERVICES | $    118.72 | $    118.72 | $    55.78 | $    293.22 |
| FURN. & APPLIANCE(S) | $    42.92 | $    42.91 | $    - | $    85.83 |
| IMPROVEMENTS | $    - | $    - | $    - | $    - |
| CHECKING ACCOUNT FEES | $    - | $    - | $    - | $    - |
| MERCHANT ACCOUNT FEES | $    73.83 | $    73.82 | $    - | $    147.65 |
| MORTGAGE | $    - | $    - | $    - | $    - |
| MANAGEMENT | $    625.00 | $    625.00 | $    - | $    1,250.00 |
| INSURANCE | $    1,108.74 | $    1,108.73 | $    - | $    2,217.47 |
| REAL ESTATE TAXES | $    - | $    - | $    - | $    - |
| PER. PROPERTY TAXES | $    - | $    - | $    - | $    - |
| INCOME TAX | $    - | $    - | $    - | $    - |
| LICENSES | $    - | $    - | $    - | $    - |
| LEGAL | $    - | $    - | $    - | $    - |
| HURRICANE | $    - | $    - | $    - | $    - |
| AUTO | $    - | $    - | $    - | $    - |
| TRAVEL | $    - | $    - | $    - | $    - |
| LAUNDRY | $    - | $    - | $    - | $    - |
| **TOTALS** | $ 3,710.98 | $ 3,782.92 | $    150.66 | $    7,644.56 |
|  |  |  |  | $    7,644.56 |

## SEABREEZE COMPLEX MONTHLY INCOME FEBRUARY 2010

| | HARRISON | | TYLER | | LAUNDRY | | TOTALS |
|---|---|---|---|---|---|---|---|
| **WK #1** | $ 1,356.55 | **WK #1** | $ 776.17 | **WK #1** | $ 135.00 | | $ 2,267.72 |
| **WK #2** | $ 278.44 | **WK #2** | $ 1,743.71 | **WK #2** | $ - | | $ 2,022.15 |
| **WK #3** | $ 1,749.73 | **WK #3** | $ 874.09 | **WK #3** | $ 90.00 | | $ 2,713.82 |
| **WK #4** | $ 651.12 | **WK #4** | $ 1,120.00 | **WK #4** | $ - | | $ 1,771.12 |
| **WK #5** | $ - | **WK #5** | $ - | **WK #5** | $ - | | $ - |
| **TOTALS** | $ 4,035.84 | **TOTALS** | $ 4,513.97 | **TOTALS** | $ 225.00 | **TOTALS** | $ 8,774.81 |

**SEABREEZE COMPLEX SUMMARY OF PROPERTY FEBRUARY  2010**

|  | INCOME | EXPENSES | PROFIT/LOSS |
|---|---|---|---|
| **311 HARRISON AVE.** | $    4,035.84 | $    3,710.98 | $    324.86 |
| **390 TYLER AVE.** | $    4,513.97 | $    3,782.92 | $    731.05 |
| **388 TYLER AVE.** | $    - | $    150.66 | $    (150.66) |
| **LAUNDRY (COIN)** | $    225.00 | $    - | $    225.00 |
|  | $    8,774.81 | $    7,644.56 | $    1,130.25 |

## SEABREEZE COMPLEX SUMMARY OF PROPERTY

|  | INCOME | EXPENSES | PROFIT/LOSS |
|---|---|---|---|
| **311 HARRISON AVE.** | $        - | $        - | $        - |
| **390 TYLER AVE.** | $        - | $        - | $        - |
| **388 TYLER AVE.** | $        - | $        - | $        - |
| **LAUNDRY (COIN)** | $        - | $        - | $        - |
|  | $        - | $        - | $        - |

SEABREEZE COMPLEX  MONTHLY EXPENSES  JANUARY  2010

| DESCRIPTION | HARRISON | TYLER | TYLER HSE | TOTALS |
|---|---|---|---|---|
| WATER/SEWER/TRASH | $    421.24 | $    427.99 | $        - | $    849.23 |
| CABLE | $    424.56 | $    424.55 | $        - | $    849.11 |
| TELEPHONE | $      56.09 | $      56.08 | $        - | $    112.17 |
| ELECTRIC | $    365.58 | $    504.29 | $    55.26 | $    925.13 |
| PEST CONTROL | $      23.00 | $      23.00 | $      5.00 | $      51.00 |
| ADVERTISING | $      89.10 | $      89.10 | $        - | $    178.20 |
| OFFICE SUPPLIES | $      38.69 | $      38.69 | $        - | $      77.38 |
| CLEANING | $        - | $        - | $        - | $        - |
| MAINT. & REPAIRS | $    447.06 | $    447.05 | $        - | $    894.11 |
| MISC.  SUPPLIES | $        - | $        - | $        - | $        - |
| LAWN SERVICES | $    118.72 | $    118.72 | $    55.78 | $    293.22 |
| FURN. & APPLIANCE(S) | $    461.90 | $        - | $        - | $    461.90 |
| IMPROVEMENTS | $        - | $        - | $        - | $        - |
| CHECKING ACCOUNT FEES | $        7.50 | $        7.50 | $        - | $      15.00 |
| MERCHANT ACCOUNT FEES | $      83.19 | $      83.18 | $        - | $    166.37 |
| MORTGAGE | $        - | $        - | $        - | $        - |
| MANAGEMENT | $    625.00 | $    625.00 | $        - | $  1,250.00 |
| INSURANCE | $      81.01 | $      81.00 | $        - | $    162.01 |
| REAL ESTATE TAXES | $        - | $        - | $        - | $        - |
| PER. PROPERTY TAXES | $        - | $        - | $        - | $        - |
| INCOME TAX | $        - | $        - | $        - | $        - |
| LICENSES | $        - | $        - | $        - | $        - |
| LEGAL | $        - | $        - | $        - | $        - |
| HURRICANE | $        - | $        - | $        - | $        - |
| AUTO | $      23.02 | $      23.01 | $        - | $      46.03 |
| TRAVEL | $        - | $        - | $        - | $        - |
| LAUNDRY | $      53.90 | $      53.90 | $        - | $    107.80 |
| TOTALS | $ 3,319.56 | $ 3,003.06 | $    116.04 | $  6,438.66 |
| | | | | $  6,438.66 |

## SEABREEZE COMPLEX MONTHLY INCOME JANUARY 2010

| | HARRISON | | TYLER | | LAUNDRY | | TOTALS |
|---|---|---|---|---|---|---|---|
| **WK #1** | $ 1,166.67 | **WK #1** | $ 1,626.22 | **WK #1** | $ - | $ | 2,792.89 |
| **WK #2** | $ 2,231.05 | **WK #2** | $ 964.32 | **WK #2** | $ - | $ | 3,195.37 |
| **WK #3** | $ 198.20 | **WK #3** | $ 1,037.21 | **WK #3** | $ 170.00 | $ | 1,405.41 |
| **WK #4** | $ 783.57 | **WK #4** | $ 1,217.93 | **WK #4** | $ - | $ | 2,001.50 |
| **WK #5** | $ 1,356.55 | **WK #5** | $ 776.17 | **WK #5** | $ - | $ | 2,132.72 |
| **TOTALS** | $ 5,736.04 | **TOTALS** | $ 5,621.85 | **TOTALS** | $ 170.00 | **TOTALS** $ | 11,527.89 |

**SEABREEZE COMPLEX SUMMARY OF PROPERTY JANUARY  2010**

|  | INCOME | EXPENSES | PROFIT/LOSS |
|---|---|---|---|
| **311 HARRISON AVE.** | $    5,736.04 | $    3,319.56 | $    2,416.48 |
| **390 TYLER AVE.** | $    5,621.85 | $    3,003.06 | $    2,618.79 |
| **388 TYLER AVE.** | $          - | $      116.04 | $     (116.04) |
| **LAUNDRY (COIN)** | $      170.00 | $          - | $      170.00 |
|  | $  11,527.89 | $    6,438.66 | $    5,089.23 |

| EXPENSES | PROFIT/LOSS |
|----------|-------------|
| $    -   | $    -      |
| $    -   | $    -      |
| $    -   | $    -      |
| $    -   | $    -      |
|          |             |
| $    -   | $    -      |

**SEABREEZE COMPLEX MONTHLY EXPENSES   DECEMBER  2009**

| DESCRIPTION | HARRISON | TYLER | TYLER HSE | TOTALS |
|---|---|---|---|---|
| WATER/SEWER/TRASH | $    466.54 | $    454.60 | $    - | $    921.14 |
| CABLE | $    395.13 | $    395.13 | $    - | $    790.26 |
| TELEPHONE | $    65.04 | $    65.04 | $    - | $    130.08 |
| ELECTRIC | $    511.06 | $    439.72 | $    57.60 | $    1,008.38 |
| PEST CONTROL | $    23.00 | $    23.00 | $    5.00 | $    51.00 |
| ADVERTISING | $    89.10 | $    89.10 | $    - | $    178.20 |
| OFFICE SUPPLIES | $    - | $    - | $    - | $    - |
| CLEANING | $    31.77 | $    31.77 | $    - | $    63.54 |
| MAINT. & REPAIRS | $    293.51 | $    293.50 | $    - | $    587.01 |
| MISC.  SUPPLIES | $    17.50 | $    17.50 | $    - | $    35.00 |
| LAWN SERVICES | $    118.72 | $    118.72 | $    55.78 | $    293.22 |
| FURN. & APPLIANCE(S) | $    215.58 | $    215.58 | $    - | $    431.16 |
| IMPROVEMENTS | $    - | $    - | $    - | $    - |
| CHECKING ACCOUNT FEES | $    7.50 | $    7.50 | $    - | $    15.00 |
| MERCHANT ACCOUNT FEES | $    79.66 | $    79.66 | $    - | $    159.32 |
| MORTGAGE | $    - | $    - | $    - | $    - |
| MANAGEMENT | $    625.00 | $    625.00 | $    - | $    1,250.00 |
| INSURANCE | $    81.01 | $    81.00 | $    - | $    162.01 |
| REAL ESTATE TAXES | $    - | $    - | $    - | $    - |
| PER. PROPERTY TAXES | $    - | $    - | $    - | $    - |
| INCOME TAX | $    - | $    - | $    - | $    - |
| LICENSES | $    - | $    - | $    - | $    - |
| LEGAL | $    - | $    - | $    - | $    - |
| HURRICANE | $    - | $    - | $    - | $    - |
| AUTO | $    136.53 | $    136.52 | $    - | $    273.05 |
| TRAVEL | $    - | $    - | $    - | $    - |
| **TOTALS** | $ 3,156.65 | $ 3,073.34 | $    118.38 | $ 6,348.37 |
|  |  |  |  | $ 6,348.37 |

SEABREEZE COMPLEX MONTHLY INCOME DECEMBER  2009

| | HARRISON | | TYLER | | LAUNDRY | | TOTALS |
|---|---|---|---|---|---|---|---|
| WK #1 | $ 849.15 | WK #1 | $ 1,483.42 | WK #1 | $ - | $ | 2,332.57 |
| WK #2 | $ 1,565.77 | WK #2 | $ 1,121.38 | WK #2 | $ - | $ | 2,687.15 |
| WK #3 | $ 1,100.00 | WK #3 | $ 2,161.41 | WK #3 | $ 191.00 | $ | 3,452.41 |
| WK #4 | $ 550.00 | WK #4 | $ 1,608.19 | WK #4 | $ - | $ | 2,158.19 |
| WK #5 | $ 409.91 | WK #5 | $ 1,243.34 | WK #5 | $ - | $ | 1,653.25 |
| TOTALS | $ 4,474.83 | TOTALS | $ 7,617.74 | TOTALS | $ 191.00 | TOTALS $ | 12,283.57 |

**SEABREEZE COMPLEX SUMMARY OF PROPERTY DECEMBER  2009**

|  | INCOME | EXPENSES | PROFIT/LOSS |
|---|---|---|---|
| **311 HARRISON AVE.** | $   4,474.83 | $   3,156.65 | $   1,318.18 |
| **390 TYLER AVE.** | $   7,617.74 | $   3,073.34 | $   4,544.40 |
| **388 TYLER AVE.** | $         - | $      118.38 | $   (118.38) |
| **LAUNDRY (COIN)** | $      191.00 | $         - | $      191.00 |
|  | $  12,283.57 | $   6,348.37 | $   5,935.20 |

## SEABREEZE COMPLEX MONTHLY EXPENSES  NOVEMBER  2009

| DESCRIPTION | HARRISON | TYLER | TYLER HSE | TOTALS |
|---|---|---|---|---|
| WATER/SEWER/TRASH | $   453.58 | $   411.09 | $      - | $      864.67 |
| CABLE | $   395.13 | $   395.13 | $      - | $      790.26 |
| TELEPHONE | $   56.09 | $   56.08 | $      - | $      112.17 |
| ELECTRIC | $   585.21 | $   578.55 | $   79.23 | $   1,242.99 |
| PEST CONTROL | $   22.00 | $   22.00 | $   5.00 | $      49.00 |
| ADVERTISING | $   89.10 | $   89.10 | $      - | $      178.20 |
| OFFICE SUPPLIES | $   62.94 | $   62.93 | $      - | $      125.87 |
| CLEANING | $      - | $   26.49 | $      - | $      26.49 |
| MAINT. & REPAIRS | $   619.53 | $   619.52 | $      - | $   1,239.05 |
| MISC.  SUPPLIES | $      - | $      - | $      - | $      - |
| LAWN SERVICES | $   118.72 | $   118.72 | $   55.78 | $      293.22 |
| FURN. & APPLIANCE(S) | $      - | $   195.00 | $      - | $      195.00 |
| IMPROVEMENTS | $      - | $      - | $      - | $      - |
| CHECKING ACCOUNT FEES | $   7.50 | $   7.50 | $      - | $      15.00 |
| MERCHANT ACCOUNT FEES | $   55.10 | $   55.10 | $      - | $      110.20 |
| MORTGAGE | $      - | $      - | $      - | $      - |
| MANAGEMENT | $   625.00 | $   625.00 | $      - | $   1,250.00 |
| INSURANCE | $ 1,027.73 | $ 1,027.73 | $      - | $   2,055.46 |
| REAL ESTATE TAXES | $      - | $      - | $      - | $      - |
| PER. PROPERTY TAXES | $      - | $      - | $      - | $      - |
| INCOME TAX | $      - | $      - | $      - | $      - |
| LICENSES | $      - | $      - | $      - | $      - |
| LEGAL | $      - | $      - | $      - | $      - |
| HURRICANE | $      - | $      - | $      - | $      - |
| AUTO | $      - | $      - | $      - | $      - |
| TRAVEL | $      - | $      - | $      - | $      - |
| **TOTALS** | $ 4,117.63 | $ 4,289.94 | $   140.01 | $   8,547.58 |
|  |  |  |  | $   8,547.58 |

## SEABREEZE COMPLEX MONTHLY INCOME NOVEMBER  2009

| | HARRISON | | TYLER | | LAUNDRY | | TOTALS |
|---|---|---|---|---|---|---|---|
| **WK #1** | $ 1,936.81 | **WK #1** | $ 1,478.15 | **WK #1** | $ - | $ | 3,414.96 |
| **WK #2** | $ 1,022.10 | **WK #2** | $ 1,475.50 | **WK #2** | $ - | $ | 2,497.60 |
| **WK #3** | $ 550.00 | **WK #3** | $ 1,210.13 | **WK #3** | $ 100.00 | $ | 1,860.13 |
| **WK #4** | $ 550.00 | **WK #4** | $ 813.15 | **WK #4** | $ 60.00 | $ | 1,423.15 |
| **WK #5** | $ - | **WK #5** | $ - | **WK #5** | $ - | $ | - |
| | | | | | | | |
| **TOTALS** | $ 4,058.91 | **TOTALS** | $ 4,976.93 | **TOTALS** | $ 160.00 | **TOTALS** $ | 9,195.84 |

### SEABREEZE COMPLEX SUMMARY OF PROPERTY NOVEMBER 2009

|                      | INCOME     | EXPENSES   | PROFIT/LOSS |
|----------------------|-----------|-----------|-------------|
| **311 HARRISON AVE.** | $ 4,058.91 | $ 4,117.63 | $ (58.72) |
| **390 TYLER AVE.**    | $ 4,976.93 | $ 4,289.94 | $ 686.99 |
| **388 TYLER AVE.**    | $ - | $ 140.01 | $ (140.01) |
| **LAUNDRY (COIN)**    | $ 160.00 | $ - | $ 160.00 |
|                      | $ 9,195.84 | $ 8,547.58 | $ 648.26 |

**SEABREEZE COMPLEX MONTHLY EXPENSES NOVEMBER 2009 - APRIL 2010**

| DESCRIPTION | HARRISON | TYLER | TYLER HSE | TOTALS |
|---|---|---|---|---|
| WATER/SEWER/TRASH | $ 2,204.00 | $ 2,160.13 | $ - | $ 4,364.13 |
| CABLE | $ 2,063.94 | $ 2,063.91 | $ - | $ 4,127.85 |
| TELEPHONE | $ 280.90 | $ 280.88 | $ - | $ 561.78 |
| ELECTRIC | $ 2,960.43 | $ 3,195.30 | $ 380.05 | $ 6,535.78 |
| PEST CONTROL | $ 114.00 | $ 114.00 | $ 25.00 | $ 253.00 |
| ADVERTISING | $ 445.50 | $ 445.50 | $ - | $ 891.00 |
| OFFICE SUPPLIES | $ 207.54 | $ 207.52 | $ - | $ 415.06 |
| CLEANING | $ 31.77 | $ 58.26 | $ - | $ 90.03 |
| MAINT. & REPAIRS | $ 2,653.46 | $ 2,653.43 | $ - | $ 5,306.89 |
| MISC.  SUPPLIES | $ 17.50 | $ 17.50 | $ - | $ 35.00 |
| LAWN SERVICES | $ 593.60 | $ 593.60 | $ 278.90 | $ 1,466.10 |
| FURN. & APPLIANCE(S) | $ 720.40 | $ 453.49 | $ - | $ 1,173.89 |
| IMPROVEMENTS | $ - | $ - | $ - | $ - |
| CHECKING ACCOUNT FEES | $ 22.50 | $ 22.50 | $ - | $ 45.00 |
| MERCHANT ACCOUNT FEES | $ 364.54 | $ 364.51 | $ - | $ 729.05 |
| MORTGAGE | $ - | $ - | $ - | $ - |
| MANAGEMENT | $ 3,125.00 | $ 3,125.00 | $ - | $ 6,250.00 |
| INSURANCE | $ 2,379.50 | $ 2,379.46 | $ - | $ 4,758.96 |
| REAL ESTATE TAXES | $ - | $ - | $ - | $ - |
| PER. PROPERTY TAXES | $ - | $ - | $ - | $ - |
| INCOME TAX | $ - | $ - | $ - | $ - |
| LICENSES | $ 77.50 | $ 77.50 | $ - | $ 155.00 |
| LEGAL | $ - | $ - | $ - | $ - |
| HURRICANE | $ - | $ - | $ - | $ - |
| AUTO | $ 211.83 | $ 211.80 | $ - | $ 423.63 |
| TRAVEL | $ - | $ - | $ - | $ - |
| LAUNDRY | $ 167.78 | $ 167.78 | $ - | $ 335.56 |
| **TOTALS** | $18,641.69 | $18,592.07 | $ 683.95 | $ 37,917.71 |
| | | | | $ 37,917.71 |

## SEABREEZE COMPLEX MONTHLY INCOME NOVEMBER 2009 - APRIL 2010

| | HARRISON | | TYLER | | LAUNDRY | | TOTALS |
|---|---|---|---|---|---|---|---|
| WK #1 | $ 7,200.17 | WK #1 | $ 7,208.96 | WK #1 | $ 135.00 | | $ 14,544.13 |
| WK #2 | $ 5,743.19 | WK #2 | $ 7,244.91 | WK #2 | $ - | | $ 12,988.10 |
| WK #3 | $ 4,772.93 | WK #3 | $ 6,037.84 | WK #3 | $ 551.00 | | $ 11,361.77 |
| WK #4 | $ 3,709.80 | WK #4 | $ 5,889.27 | WK #4 | $ 60.00 | | $ 9,659.07 |
| WK #5 | $ 2,421.46 | WK #5 | $ 3,219.51 | WK #5 | $ 100.00 | | $ 5,740.97 |
| | | | | | | | |
| TOTALS | $ 23,847.55 | TOTALS | $ 29,600.49 | TOTALS | $ 846.00 | TOTALS | $ 54,294.04 |

**SEABREEZE COMPLEX SUMMARY OF PROPERTY NOVEMBER 2009 - APRIL 2010**

|  | INCOME | EXPENSES | PROFIT/LOSS |
|---|---|---|---|
| **311 HARRISON AVE.** | $ 23,847.55 | $ 18,641.69 | $ 5,205.86 |
| **390 TYLER AVE.** | $ 29,600.49 | $ 18,592.07 | $ 11,008.42 |
| **388 TYLER AVE.** | $ - | $ 683.95 | $ (683.95) |
| **LAUNDRY (COIN)** | $ 846.00 | $ - | $ 846.00 |
|  | $ 54,294.04 | $ 37,917.71 | $ 16,376.33 |

## SEABREEZE COMPLEX  MONTHLY EXPENSES

| DESCRIPTION | HARRISON | TYLER | TYLER HSE | TOTALS |
|---|---|---|---|---|
| WATER/SEWER/TRASH | | | $ - | $ - |
| CABLE | $ 377.45 | $ 377.45 | $ - | $ 754.90 |
| TELEPHONE | | | $ - | $ - |
| ELECTRIC | | | | $ - |
| PEST CONTROL   as of 5/08 $47. mo | $ 21.00 | $ 21.00 | $ 6.00 | $ 48.00 |
| ADVERTISING | $ 75.00 | $ 75.00 | $ - | $ 150.00 |
| OFFICE SUPPLIES | $ - | $ - | $ - | $ - |
| CLEANING | $ - | $ - | $ - | $ - |
| MAINT. & REPAIRS | $ - | $ - | $ - | $ - |
| MISC.  SUPPLIES | $ - | $ - | $ - | $ - |
| LAWN SERVICES | $ 112.00 | $ 112.00 | $ 52.62 | $ 276.62 |
| FURN. & APPLIANCE(S) | $ - | $ - | $ - | $ - |
| IMPROVEMENTS | $ - | $ - | $ - | $ - |
| CHECKING ACCOUNT FEES | | | $ - | $ - |
| MERCHANT ACCOUNT FEES | | | $ - | $ - |
| MORTGAGE | $ 2,143.75 | $ 2,143.75 | $ 816.67 | $ 5,104.17 |
| MANAGEMENT | $ 625.00 | $ 625.00 | $ - | $ 1,250.00 |
| INSURANCE ($6,042.+$1892.40) | $ 308.51 | $ 308.51 | $ - | $ 617.02 |
| REAL ESTATE TAXES ($1600.) | $ - | $ - | $ - | $ - |
| PER. PROPERTY TAXES | $ - | $ - | $ - | $ - |
| INCOME TAX | $ - | $ - | $ - | $ - |
| LICENSES | $ - | $ - | $ - | $ - |
| LEGAL | $ - | $ - | $ - | $ - |
| HURRICANE | $ - | $ - | $ - | $ - |
| AUTO $396.04 FORD, $814.50 6MO | $ 198.02 | $ 198.02 | $ - | $ 396.04 |
| TRAVEL | | | $ - | $ - |
| TOTALS | $ 3,860.73 | $ 3,860.73 | $ 875.29 | $ 8,596.75 |
| | | | | $ 8,596.75 |

## SEABREEZE COMPLEX MONTHLY INCOME

| HARRISON | | TYLER | | LAUNDRY | | TOTALS | |
|---|---|---|---|---|---|---|---|
| WK #1 | | WK #1 | | WK #1 | | $ | - |
| WK #2 | | WK #2 | | WK #2 | | $ | - |
| WK #3 | | WK #3 | | WK #3 | | $ | - |
| WK #4 | | WK #4 | | WK #4 | | $ | - |
| WK #5 | | WK #5 | | WK #5 | | $ | - |
| TOTALS | $    - | TOTALS | $    - | TOTALS | $    - | TOTALS $ | - |

## SEABREEZE COMPLEX SUMMARY OF PROPERTY

|  | INCOME | EXPENSES | PROFIT/LOSS |
|---|---|---|---|
| **311 HARRISON AVE.** | $ - | $ 3,860.73 | $ (3,860.73) |
| **390 TYLER AVE.** | $ - | $ 3,860.73 | $ (3,860.73) |
| **388 TYLER AVE.** | $ - | $ 875.29 | $ (875.29) |
| **LAUNDRY (COIN)** | $ - | $ - | $ - |
|  | $ - | $ 8,596.75 | $ (8,596.75) |

**EXHIBIT "B"**

B6A (Official Form 6A) (12/07)

**IN RE** SkyMountain Coastal Properties, Inc.                                          Case No. **2:10-bk-31543-TD**
_____                    _____
                    Debtor(s)                                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **311 Harrison Avenue, Avon by the Sea, Cape Canaveral, FL (Lot 8 & E 35 ft of Lot 7 Blk 36)** | **Fee Simple** | | **156,000.00** | **878,660.39** |
| **388 Tyler Avenue, Avon by the Sea, Cape Canaveral, FL (W 40 ft of Lot 15 Blk 38)** | **Fee Simple** | | **107,000.00** | **876,782.29** |
| **390 Tyler Avenue, Avon by the Sea, Cape Canaveral, FL (Lot 16 & E 10 ft of Lot 15 Blk 38)** | **Fee Simple** | | **156,000.00** | **878,093.46** |
| | | **TOTAL** | **419,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE SkyMountain Coastal Properties, Inc.**                                    Case No. **2:10-bk-31543-TD**
_____                              _____
                    Debtor(s)                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia Bank - Cape Canaveral Branch** | | 2,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit - City of cocoa Utilities Deposit Total (Account #xxxxx-x9848)** | | 806.00 |
| | | **Security Deposit - Florida Power and Light Deposit Total (Account #xxxxx-x5139)** | | 2,239.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **20 beds, 20 dressers, kitchenetts, 20 televisions, 20 microwave ovens, 20 oven/stoves, 20 air conditioner/heaters, 2 coin operated washing machines, 2 coin operated dryers located in 10 apartment units located at 311 Harrison and 10 apartment units 390 Tyler.** | | 5,000.00 |
| | | **Kitchen appliances and furnitures located at 388 Tyler Avenue, Avon by the Sea, Cape Canaveral, FL (W 40 ft of Lot 15 Blk 38) - Single family residence used by property manager** | | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Casualty and Property Damage Insurance - Citizens Insurance Company (Lender loss payee) and The Burlington Insurance Company (Expires 08/31/10)** | | unknown |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **SkyMountain Coastal Properties, Inc.**                                    Case No. **2:10-bk-31543-TD**
_____                                    _____
Debtor(s)                                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

<div style="writing-mode: vertical">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Business: Seabreeze Efficiency Apartments (20 single units rented on weekly or monthly basis), consisting of the following: 311 Harrison Avenue, Avon by the Sea, Cape Canaveral, FL (Lot 8 & E 35 ft of Lot 7 Blk 36); 390 Tyler Avenue, Avon by the Sea, Cape Canaveral, FL (Lot 16 & E 10 ft of Lot 15 Blk 38); and 388 Tyler Avenue, Avon by the Sea, Cape Canaveral, FL (W 40 ft of Lot 15 Blk 38)** | | **25,000.00** |
| | | **Hotel and Restaurant License - State of Florida Department of Business and Professional Regulation (TAP1501201) (Expires 04/01/11)** | | **unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **SkyMountain Coastal Properties, Inc.**                                          Case No. **2:10-bk-31543-TD**
_____                                          _____
Debtor(s)                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Property Management Office: lap top computer, printer, fax machine, printer, supplies** | | **1,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Assorted bedding, toiletries, towels, cleaning supplies** | | **500.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

<div align="right">

**TOTAL** | **37,545.00**

(Include amounts from any continuation sheets attached.)
Report total also on Summary of Schedules.)

</div>

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **SkyMountain Coastal Properties, Inc.**                                    Case No. **2:10-bk-31543-TD**
_____                                   _____
Debtor(s)                                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____
                                                                                    Debtor

Date: _____        Signature: _____
                                                                              (Joint Debtor, if any)
                                                               [If joint case, both spouses must sign.]

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Secretary** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **SkyMountain Coastal Properties, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**11**_____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 29, 2010** _____        Signature: */s/ Louis J. Esbin* _____

                                                            **Louis J. Esbin** _____
                                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| In re  SKYMOUNTAIN COASTAL PROPERTIES, INC., a Florida corporation, | Chapter 11 |
|---|---|
| Debtor(s) | Bankruptcy Case No. 2:10-bk-31543-TD |

**NOTE**: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Law Offices of Louis J. Esbin
27201 Tourney Road, Suite 122, Valencia, California 91355

A true and correct copy of the foregoing document described **CHAPTER 11 DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 29, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Louis J. Esbin (esbinlaw@sbcglobal.net)          Dare Law (dare.law@usdoj.gov)

Gregory Salvato (gsalvato@salvatolawoffices.com)          ❑ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On July 29, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Thomas Donovan
Crtrm 1352, 255 E Temple St., Los Angeles, CA 90012      ☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 29, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

❑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 29, 2010 | Linda Dekker | /s/ Linda Dekker |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                   **F 9013-3.1**

## PROOF OF SERVICE LIST

In re SkyMountain Coastal Properties, Inc.
Bankruptcy Case No. 2:10-bk-31543-TD

ELECTRONICALLY SERVED

United States Trustee
Dare Law, Esq.
Offices Of The United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90012

Counsel for Debtor
Louis J. Esbin, Esq.
Law Offices of Louis J. Esbin
27201 Tourney Road, Suite 122
Valencia, California 91355-1857

Counsel for Virginia McGuire
Gregory Salvato, Esq.
Salvato Law Offices
333 S. Grand, Suite 2500
Los Angeles, CA 90071

SERVED BY MAIL

Debtor
SkyMountain Coastal Properties, Inc.
Law Offices of Louis J. Esbin
27201 Tourney Road, Suite 122
Valencia, California 91355-1804

Secured Creditors
Brevard County Tax Collector
400 South St., 6th Floor
Titusville, FL 32780

Virginia L. McGuire
C/O Volk Law Offices, P.A.
700 S. Babcock Street, Suite 402
Melbourne, FL 32901

General Unsecured  Creditors
Blank Rome
301 Carnegie Ctr., Ste 303
Princeton, NJ 08540-6589

Steven H. Naturman
2 Datran Ctr.
9130 S Dadeland Blvd, Ste. 1509
Miami, FL 33156-7850

Equity Interest Holders
Rose Singer
c/o Law Offices Of Louis J. Esbin
27201 Tourney Road, Suite 122
Valencia, CA 91355

Susan Esbin
c/o Law Offices Of Louis J. Esbin
27201 Tourney Road, Suite 122
Valencia, CA 91355

Property Manager (Courtesy Notice)
Marie Addington
5681 Hudson Rd.
Cocoa, FL 32927