Louis J. Esbin, Esq. (Cal.Bar No. 119705)
LAW OFFICES OF LOUIS J. ESBIN
27201 Tourney Road, Suite 122
Valencia, California 91355
Tel: 661-254-5050 | Fax: 661-254-5252
Email: Esbinlaw@sbcglobal.net

Attorneys for Debtor in Possession,
SKYMOUNTAIN COASTAL PROPERTIES, INC., a Florida corporation

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re | Chapter 11 Case |
| SKYMOUNTAIN COASTAL PROPERTIES, INC., | Bankr. No. 2:10-bk-31543-TD |
| Debtors in Possession. | NOTICE OF HEARING ON CHAPTER 11 DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN OF REORGANIZATION. |
| | Date: September 15, 2010<br>Time: 10:00 am<br>Place: Courtroom 1345<br>255 E. Temple St., Los Angeles, CA |

TO THE HONORABLE THOMAS DONOVAN, UNITED STATES BANKRUPTCY JUDGE, PARTIES IN INTEREST, AND COUNSEL OF RECORD:

NOTICE IS GIVEN that Debtor in Possession, SKYMOUNTAIN COASTAL PROPERTIES, INC. a Florida corporation (the "Debtor"), by and through counsel of record, Louis J. Esbin, Esq., of the Law Offices of Louis J. Esbin, respectfully states that attached hereto are a plan of reorganization (the "Plan") proposed by the above-captioned Debtor and a disclosure statement (the "Disclosure Statement") providing information that may be useful to creditors of Debtor when evaluating the Plan. All creditors should refer to Articles I-IV of the Plan for the precise treatment of their claims. If confirmed, the Plan will bind all creditors provided for in the Plan, whether or not they file a proof of claim, vote on the Plan, object to confirmation of the Plan or have their claims allowed.

///

///

1

1  The Disclosure Statement is explanatory only; the language used in the Plan is binding. Your rights
2  may be affected. You should read these papers carefully and discuss them with your attorney, if you have
3  one.

4  A hearing on (i) approval of the Disclosure Statement as providing adequate information to creditors
5  under § 1125 (a) and (b) of Title 11 of the United States Code (the "Bankruptcy Code") and (ii) confirmation
6  of the Plan will be held at the date, time and place noted above. You may be entitled to vote on the Plan
7  or to object to the approval of the Disclosure Statement or the confirmation of the Plan. See Part 2 of the
8  Disclosure Statement on voting.

9  Ballots must be received by Debtor's attorney and objections to confirmation of the Plan must be
10 in writing and must be filed with this court and served upon Debtor, Debtor's attorney and the United States
11 Trustee not less than 14 days before the date set for the Disclosure Statement and Plan Confirmation
12 Hearing.

13 WHEREFORE, Debtor does respectfully request that the Court duly consider and approve of the
14 CHAPTER 11 DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN OF REORGANIZATION.

15 Dated: July 29, 2010                SKYMOUNTAIN COASTAL PROPERTIES, INC.

18                                     By: Louis J. Esbin
                                       Its: Secretary

20 Dated: July 29, 2010                LAW OFFICES OF LOUIS J. ESBIN

                                       /s/ Louis J. Esbin

22                                     BY _____
                                       LOUIS J. ESBIN, ESQ.
                                       Attorneys for DEBTOR

| In re  SKYMOUNTAIN COASTAL PROPERTIES, INC., a Florida corporation, | Chapter 11 |
|---|---|
| Debtor(s) | Bankruptcy Case No. 2:10-bk-31543-TD |

**NOTE**: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Law Offices of Louis J. Esbin
27201 Tourney Road, Suite 122, Valencia, California 91355

A true and correct copy of the foregoing document described **NOTICE OF HEARING ON CHAPTER 11 DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 29, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Louis J. Esbin (esbinlaw@sbcglobal.net)

Dare Law (dare.law@usdoj.gov)

Gregory Salvato (gsalvato@salvatolawoffices.com)

❑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On July 29, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Thomas Donovan
Crtrm 1352, 255 E Temple St., Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 29, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

❑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 29, 2010 | Linda Dekker | /s/ Linda Dekker |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

## PROOF OF SERVICE LIST

In re SkyMountain Coastal Properties, Inc.
Bankruptcy Case No. 2:10-bk-31543-TD

ELECTRONICALLY SERVED

United States Trustee
Dare Law, Esq.
Offices Of The United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90012

Counsel for Debtor
Louis J. Esbin, Esq.
Law Offices of Louis J. Esbin
27201 Tourney Road, Suite 122
Valencia, California 91355-1857

Counsel for Virginia McGuire
Gregory Salvato, Esq.
Salvato Law Offices
333 S. Grand, Suite 2500
Los Angeles, CA 90071

SERVED BY MAIL

Debtor
SkyMountain Coastal Properties, Inc.
Law Offices of Louis J. Esbin
27201 Tourney Road, Suite 122
Valencia, California 91355-1804

Secured Creditors
Brevard County Tax Collector
400 South St., 6th Floor
Titusville, FL 32780

Virginia L. McGuire
C/O Volk Law Offices, P.A.
700 S. Babcock Street, Suite 402
Melbourne, FL 32901

General Unsecured Creditors
Blank Rome
301 Carnegie Ctr., Ste 303
Princeton, NJ 08540-6589

Steven H. Naturman
2 Datran Ctr.
9130 S Dadeland Blvd, Ste. 1509
Miami, FL 33156-7850

Equity Interest Holders
Rose Singer
c/o Law Offices Of Louis J. Esbin
27201 Tourney Road, Suite 122
Valencia, CA 91355

Susan Esbin
c/o Law Offices Of Louis J. Esbin
27201 Tourney Road, Suite 122
Valencia, CA 91355

Property Manager (Courtesy Notice)
Marie Addington
5681 Hudson Rd.
Cocoa, FL 32927